UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00318-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  EDUARDO CONSTANTE MADERA,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on July 29, 2013. Accordingly, a change of Plea hearing is set for **Wednesday, October 23, 2013 at 11:00 a.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:  July 29, 2013